LAUREL I. HANDLEY (NV Bar # 9576)
ANTHONY R. SASSI (NV Bar # 12486)
**Aldridge | Pite, LLP**
520 South 4th Street, Suite 360
Las Vegas, NV 89101
Las Vegas, Nevada 89101
Telephone: (858-750-7600
Facsimile: (702) 685-6342
E-Mail: arsassi@aldridgepite.com

*Attorneys for Plaintiff:*
*Federal National Mortgage Association*

**DISTRICT COURT**

**UNITED STATES DISTRICT COURT**

| | |
|---|---|
| FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>GARDEN TERRACE HOMEOWNERS ASSOCIATION,<br><br>　　　　Defendant. | Case No. 2:17-cv-02499-MMD-NJK<br><br>**STIPULATION AND ORDER FOR FINAL JUDGMENT** |

COME NOW Plaintiff FEDERAL NATIONAL MORTGAGE ASSOCIATION ("Fannie Mae") and GARDEN TERRACE HOMEOWNERS ASSOCIATION ("Garden Terrace"), by and through their respective counsels of record, and hereby stipulate and agree as follows:

**WHEREAS**, this action involves real property located at 10809 Garden Mist Drive, Unit 2058, Las Vegas, Nevada 89135, APN 164-13-217-052 ("Property"). The Property is legal described as:

UNIT 2058 IN BUIILDING 11 OF GARDEN TERRACE CONDOMINIUMS IN SUMMERLIN, AS SHOWN BY MAP THEREOF ON FILE IN BOOK 102 OF PLATS, PAGE 71 IN THE OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY, NEVADA

**WHEREAS**, Fannie Mae is the owner and record beneficiary of a certain deed of trust ("Deed of Trust") encumbering the Property. The Deed of Trust secures a promissory note

executed by Joseph A. Albano and Debra M. Albano in the original amount of $146,461.00. The Deed of Trust was recorded in Official Records of Clark County, Nevada on January 31, 2008 as Instrument No. 200801310000482;

**WHEREAS,** the Property is located within the Garden Terrace, and all properties located within the association owe certain duties to Garden Terrace including the payment of regular assessments and other charges;

**WHEREAS,** on December 30, 2009, a Lien for Delinquent Assessments ("HOA Lien") was recorded against the Property in the official Records of Clark County, Nevada as Instrument No. 200912300001880;

**WHEREAS,** on March 9, 2010, a Notice of Default and Election to Sell Pursuant to the Lien for Delinquent Assessments was recorded in the Recorder's Office as Instrument No. 201003090001179 ("Notice of Default");

**WHEREAS,** a Notice of Foreclosure Sale ("Notice of Sale" and collectively with the HOA Lien and Notice of Default "Foreclosure Notices") was recorded against the Property on November 5, 2012 in the Official Records of Clark County, Nevada as Instrument No. 201211050001479;

**WHEREAS,** as a foreclosure deed ("Foreclosure Deed") was recorded against the Property on December 21, 2012 claiming that the Property was sold to Garden Terrace at a foreclosure sale conducted on November 28, 2012 ("HOA Sale");

**WHEREAS** Garden Terrace has not transferred its interest in the Property and is still the title holder of record;

**WHEREAS,** Fannie Mae initiated the instant lawsuit to determine the status of title to the Property;

**WHEREAS,** the Parties have entered a settlement agreement in which they have settled all claims by and between them.

**ACCORDINGLY, IT IS HEREBY STIPULATED AND AGREED**, pursuant to the settlement agreement entered into by the Parties, that Fannie Mae is the current owner and record beneficiary of the Deed of Trust;

**IT IS HEREBY FURTHER STIPULATED** that the HOA Sale did not extinguish the Deed of Trust, and the Deed of Trust continues to encumber the Property;

**IT IS HEREBY FURTHER STIPULATED** that Garden Terrace is the owner of the Property, subject to Fannie Mae's Deed of Trust;

**IT IS HEREBY FURTHER STIPULATED** that this order quieting title to the Property may be recorded in the Official Records of Clark County, Nevada;

**IT IS HEREBY FURTHER STIPULATED** that this Stipulation and Order constitutes the Final Judgment of this Court, resolving all claims, counterclaims, and crossclaims in this case, with prejudice;

**IT IS HEREBY FURTHER STIPULATED** that each party shall bear its own fees and costs as against each other.

**IT IS SO STIPULATED.**

DATED this 19th day of November, 2018.　　　DATED this 19th day of November, 2018.

ALDRIDGE PITE, LLP　　　　　　　　　　　ALVERSON TAYLOR & SANDERS

*/s/ Anthony R. Sassi*　　　　　　　　　　　　*/s/ Adam R. Knecht*
LAUREL I. HANDLEY, ESQ.　　　　　　　　KURT. R. BONDS, ESQ
ANTHONY R. SASSI, ESQ.　　　　　　　　　ADAM R. KNECHT, ESQ.
Attorneys for FEDERAL NATIONAL MORTGAGE ASSOCIATION　　　Attorneys for GARDEN TERRACE HOMEOWNERS ASSOCIATION

/./././
/./././
/./././
/./././
/./././
/./././
/./././
/./././

Stipulation and Order for Judgment　　　- 3 -

**ORDER AND JUDGMENT**

By Stipulation of the parties and good cause appearing therefor,

**IT IS HEREBY ORDERED AND ADJUDGED AS FOLLOWS**:

**IT IS HEREBY ORDERED** that Fannie Mae is the current owner and record beneficiary of the Deed of Trust;

**IT IS FURTHER ORDERED** that the HOA Sale did not extinguish the Deed of Trust, and the Deed of Trust continues to encumber the Property;

**IT IS FURTHER ORDERED** that Garden Terrace is the owner of the Property, subject to Fannie Mae's Deed of Trust;

**IT IS FURTHER ORDERED** that this order quieting title to the Property may be recorded in the Official Records of Clark County, Nevada;

**IT IS FURTHER ORDERED** that this Order constitutes the Final Judgment of this Court, resolving all claims, counterclaims, and crossclaims in this case, with prejudice;

**IT IS FURTHER ORDERED** that each party shall bear its own fees and costs as against each other.

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

DATED: November 21, 2018